UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DAVID HEGG,

Plaintiff,

v.

HENNEPIN COUNTY SOCIAL SERVICES, and U.S. DEPARTMENT OF AGRICULTURE FOOD STAMP MANAGEMENT DIRECTOR,

Defendants.

---

Civil No. 01-778 (ADM/SRN)

**REPORT AND RECOMMENDATION**

This matter is before the undersigned United States Magistrate Judge on Plaintiff's application for leave to proceed in forma pauperis, ("IFP"), as permitted by 28 U.S.C. § 1915(a). The matter has been referred to the undersigned for report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.1(c). For the reasons discussed below, it is recommended that Plaintiff's IFP application be denied, and that this action be dismissed without prejudice.

Plaintiff commenced this action on May 3, 2001, by filing a Complaint and an IFP application. (Docket Nos. 1 and 2.) By order dated May 9, 2001, the Court ruled that Plaintiff's IFP application "will not be granted at this time," because of various defects appearing on the face of his Complaint. (Docket No. 3.) Plaintiff was given an opportunity to cure the defects in his original pleading by filing an Amended Complaint within thirty (30) days after the date of that prior order. The prior order expressly advised Plaintiff that if he did not file an Amended Complaint within the time allowed, it would be recommended that his case be dismissed without prejudice.

FILED JUN 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

The deadline by which Plaintiff was to file his Amended Complaint has now passed, and, to date, Plaintiff has not filed any new pleading, nor has the Court received any other communication from him in response to the prior order. It will therefore be recommended, in accordance with the Court's order of May 9, 2001, that Plaintiff be deemed to have abandoned this action, and that the action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). See also Link v. Wabash Railroad Co., 370 U.S. 626, 630-31 (1962) (recognizing that a federal court has the inherent authority to "manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases"). It will also be recommended that Plaintiff's IFP application be denied at this time.

Based upon the above, and upon all the records and proceedings herein,

IT IS HEREBY RECOMMENDED that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), be **DENIED**; and

2. The action be **DISMISSED WITHOUT PREJUDICE**.

Dated: June 27, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief with ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made. This Report and Recommendation does not constitute an order or judgment of the District Court, and it is therefore not appealable directly to the Circuit Court of Appeals.