UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**DAVID HEGG,**

**Plaintiff,**

**v.**

**HENNEPIN COUNTY SOCIAL SERVICES, and U.S. DEPARTMENT OF AGRICULTURE FOOD STAMP MANAGEMENT DIRECTOR,**

**Defendants.**

**Civil No. 01-778 ADM/SRN**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated June 27, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), is **DENIED**; and

2. The action is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 18, 2001.

Ann D. Montgomery
United States District Court Judge

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK